**Subject:** FW: Transferred case has been opened

From: ECF-CAND@cand.uscourts.gov <ECF-CAND@cand.uscourts.gov>
Sent: Friday, March 26, 2021 9:52 AM
To: InterdistrictTransfer_UTD <InterdistrictTransfer_UTD@utd.uscourts.gov>
Subject: Transferred case has been opened


CASE: 1:20-cv-00134

DETAILS: Case transferred from Utah
has been opened in California Northern District as case 3:21-cv-02127, filed 03/26/2021.